

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

## DEPOSIT OF UNCLAIMED FUNDS

| In re: | CHAPTER # 7 |
|---|---|
| KELVIN KEENE | |
| LISA KEENE | BANKRUPTCY # 09-30280 |
| Debtor(s). | |

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

___A  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

**X**  B  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**                             **CHECK AMOUNT**

SEE ATTACHED LIST                                                $6.12


    The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$6.12** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

    DATED this 2nd day of August, 2010.


                                                                 /s/_____
                                                        Steven R. Bailey, Trustee



Printed: 08/02/10 04:30 PM

Page: 1

# Claims Distribution Small Checks

**Trustee: STEVEN R. BAILEY (640060)**

**Case:** 09-30280 - KEENE, KELVIN

Account No. 920002763666

| Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|
| 107 | 07/26/10 | | | | Payee: U.S. Bankruptcy Court | | | | |
| | | 11 | 03/10/10 | 640 | Atlas Acquisitions LLC<br>Attn: Avi Schild<br>294 Union St.<br>Hackensack, NJ 07601 | 3.83 | 3.83 | 3.83 | 3.83 |
| | | 31 | 06/08/10 | 640 | Capital Recovery III LLC<br>Care of Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131 | 2.29 | 2.29 | 2.29 | 2.29 |

Check Amount: $6.12

(*) Denotes objection to Amount Filed